

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN P. ALPHONSO, | § | No. 08-12-00210-CV |
| Appellant, | § | Appeal from the |
| v. | § | 134th Judicial District Court |
| BISHOP JOHN DOUGLAS DESHOTEL AND THE ROMAN CATHOLIC DIOCESE OF DALLAS, | § | of Dallas County, Texas |
| | § | (TC# DC-12-01240-G) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the part of the judgment pertaining to the award of attorney's fees and costs. We therefore reverse that part of the judgment and remand for a new trial on that issue.

The remainder of the judgment is affirmed, in accordance with the opinion of this Court. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF NOVEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)